UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN LEWIS,<br><br>    Plaintiff,<br><br>  -against-<br><br>CREDIT BUREAU COLLECTION SERVICES, INC.,<br><br>    Defendant. | **NOTICE OF SETTLEMENT**<br><br>1:11-cv-00828-WMS |

  NOW COMES the Plaintiff, KATHLEEN LEWIS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

  Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated:  November 15, 2011

                KROHN & MOSS, LTD.

              By: /s/Adam T. Hill____
                Adam T. Hill
                KROHN & MOSS, LTD.
                10 N. Dearborn St., 3rd Floor
                Chicago, IL 60602
                Telephone:  312-578-9428
                Telefax:  866-289-0898
                ahill@consumerlawcenter.com
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

   I hereby certify that on November 15, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on November 15, 2011, I served John P. Gaughan, counsel of record, with a copy of this document by way of the electronic mail at JGaughan@hblaw.com.

                By: /s/Adam T. Hill\_\_\_\_
                  Adam T. Hill, Esq.